# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROSA ELIDA CASTRO, et al.,** | : | |
| | : | |
| v. | : | **Civ. No. 15-cv-6153** |
| | : | **(Lead Case)** |
| **U.S. DEPARTMENT OF HOMELAND SECURITY, et al.** | : : | |

| | | |
|---|---|---|
| **ZULMA LORENA PORTILLO DE DIAZ, et al.,:** | | |
| | : | |
| v. | : | **Civ. No. 16-cv-69** |
| | : | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY, et al.** | : : | |

## O R D E R

**AND NOW**, this 11th day of January, 2016, it is hereby **ORDERED** that the above-captioned Habeas Petition—**Civ. Nos. 16-69—**shall be marked as related to and consolidated with Civ. No. 15-6153 for the sole purpose of determining whether this Court has subject matter jurisdiction to consider the merits of the respective Petitions and Emergency Motions for Stay of Removal. These cases shall be placed in suspense and marked as closed for statistical purposes. All subsequent filings should be filed on the docket for the lead case, Civ. No. 15-6153.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.