# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSA ELIDA CASTRO, et al., : | |
|       Petitioners, : | |
|       v. : | Civ. No. 15-6153 (Lead Case) |
| : | and all related cases |
| U.S. DEPARTMENT OF HOMELAND : | |
| SECURITY, et al., : | |
|       Respondents. : | |

## O R D E R

**AND NOW**, this 16th day of February, 2016, upon consideration of Petitioners' and the Government's Briefs on Jurisdiction (Doc. Nos. 13, 20), Petitioners' Reply to the Government's Brief (Doc. No. 31), Amici Curiae's Brief (Doc. No. 19), the Government's Response to Amici Curiae's Brief (Doc. No 35), and all other related submissions, it is hereby **ORDERED** as follows:

1. The consolidated Petitions are **DISMISSED with prejudice** for lack of subject matter jurisdiction.  8 U.S.C. § 1252(e)(2).

2. The Temporary Stays of Removal are **VACATED** (Doc. Nos. 5, 25, 36, 38, 41, 45, 51).

3. This Order is **STAYED** for fourteen days so that Petitioners may seek an emergency stay pending their appeal to the Third Circuit Court of Appeals.

4. The Clerk of Court shall mark these cases as closed for statistical purposes.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.

February 16, 2016